UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOSEPH T. MUSSEL WHITE,

        Petitioner,

   v.

JEANNE WOODFORD,

        Respondent.

NO. CIV. S-01-1443 LKK/GGH P

O R D E R

**DEATH PENALTY CASE**

On December 10, 2002, the court stayed the above-captioned capital case pending return from state court after exhaustion. The parties were directed to notify the court after a decision from the state court, but have failed to do so. Accordingly, the Clerk is directed to administratively close this case. The parties are ordered to notify the court as to the status of this matter.

    IT IS SO ORDERED.

    DATED: September 29, 2005.

                          /s/Lawrence K. Karlton
                          LAWRENCE K. KARLTON
                          SENIOR JUDGE
                          UNITED STATES DISTRICT COURT