IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH T. MUSSELWHITE,

              Petitioner,                  No. CIV S-01-1443 LKK GGH P

     vs.

STEVEN W. ORNOSKI, Acting Warden,   ORDER
San Quentin State Prison,

              Respondent.           **DEATH PENALTY CASE**

_____/

        An amended petition has been filed in the above referenced case subsequent to an exhaustion proceeding before the California Supreme Court.  As scheduling this case cannot proceed in the absence of the parties' input, the undersigned requires the parties to appear at a scheduling conference on January 12, 2006, at 10:00 a.m.

        The parties shall file a joint statement by December 29, 2005, addressing the following issues:

        1.  Any lingering exhaustion questions;

        2.  The adjudication of defenses prior to, or along with, the filing of a complete answer;

        3.  Filing of the answer;

1

1    4.  Identification of those claims for which there is no dispute as to the necessity

2    of an evidentiary hearing;

3        5.  Necessity of, and scheduling of, discovery;

4        6.  Use of pre-hearing motions to grant, narrow or eliminate claims;

5        7.  Any other matters the parties desire to bring to the court's attention.

6        A joint statement shall be filed as to all issues even though counsel may not be

7    able to agree on all issues.  As to points of disagreement, counsel shall separately describe their

8    positions in the joint statement.

9        The court will set a realistic, but nevertheless arduous, schedule.

10   DATED:   11/22/05

11

12                                                    /s/ Gregory G. Hollows

13                                                    _____
                                                      UNITED STATES MAGISTRATE JUDGE

14   GGH:gh:035
     muss1443.sch

15

16

17

18

19

20

21

22

23

24

25

26