IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH T. MUSSELWHITE,

    Petitioner,                   No. CIV S-01-1443 LKK GGH P

    vs.

ROBERT WONG, Acting Warden,    ORDER
San Quentin State Prison,

    Respondent.                  **DEATH PENALTY CASE**

_____/

    A scheduling conference will be held on Tuesday, May 30, 2006, at 9 a.m. before the undersigned. No opposition to the summary judgment motion need be filed at this time pending the conference.

DATED: 5/19/06                         /s/ Gregory G. Hollows

                                       UNITED STATES MAGISTRATE JUDGE

GGH:gh:035
muss1443.ord

1