DANIEL J. BRODERICK, #89424
Federal Defender
JOSEPH SCHLESINGER, Bar #87692
Assistant Federal Defender
Designated Counsel for Service
DENNIS C. CUSICK, Bar #204284
Staff Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-6666

Attorneys for Petitioner
JOSEPH T. MUSSELWHITE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH T. MUSSELWHITE,<br><br>    Petitioner,<br><br>v.<br><br>ROBERT L. AYERS, Jr., Acting Warden<br>San Quentin State Prison<br><br>    Respondent. | NO. CIV S-01-1443 LKK GGH P<br><br>**DEATH PENALTY CASE**<br><br>ORDER ON<br>PETITIONER'S REQUEST FOR AN<br>EXTENSION OF TIME |

  Petitioner requests an extension of time for filing his response to Respondent's motion to apply procedural bars, which was filed April 10, 2006. (Doc. 23)  By prior order, that response is due to be filed by June 29, 2006. (Doc. 27.)  Petitioner seeks a new filing date of August 14, 2006, to enable counsel to complete an analysis of new data.  Respondent does not oppose the request.

  Accordingly, the Court finds GOOD CAUSE for granting Petitioner's request.

  It is so ordered.

DATED: 7/17/06

                /s/ Gregory G. Hollows

                HON. GREGORY G. HOLLOWS
                U.S. MAGISTRATE JUDGE