IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH T. MUSSELWHITE,

    Petitioner,                     No. CIV S-01-1443 LKK GGH P

    vs.

ROBERT WONG, Acting Warden,    ORDER
San Quentin State Prison,

    Respondent.                   **DEATH PENALTY CASE**

_____/

          On May 30, 2006, the parties, by and through counsel, met with the court in status conference. The primary topic discussed was respondent's motion for summary judgment, aka procedural default motion, regarding application of the Clark and Dixon (Harris). At that conference, the court indicated its preference to have resolution of the procedural default motion await further guidance from the Ninth Circuit with respect to how respondent was to meet his burden under Bennett v. Mueller, 322 F.3d 573 (9th Cir. 2003). The clear guidance, or any guidance, has not been forthcoming, and the undersigned can wait no longer.

          On March 10, 2008 the undersigned issued Findings and Recommendations in Martin v. Hubbard, 99-223 WBS GGH, adopted by Order on March 28, 2008 (available on the court's electronic files). The court found that the Clark bar was clear, well established and

1 regularly applied.  The court did so because of the number of explained, published and
2 unpublished, opinions of the Supreme Court of California and the California appellate courts
3 applying the <u>Clark</u> bar.  The court relied only on *explained* opinions, and expressly refused to
4 engage in the divination of silent or nearly silent denials.

5   The undersigned tentatively plans to apply the reasoning of <u>Martin v. Hubbard</u> to
6 this case.  Accordingly, the parties may file concise briefs addressing the court's tentative
7 conclusion no later than April 18, 2008.  If either party desires argument, the party(s) shall meet
8 and confer with the opposition party, and agree on a Thursday in May 2008.  That agreement
9 shall be communicated to the undersigned's courtroom clerk.

10   No further briefing on the <u>Dixon</u> (<u>Harris</u>) is necessary.  However, the undersigned
11 would certainly accept for review citations to recent, published, federal cases applying <u>Dixon</u>, or
12 not.

13 DATED:   04/09/08

            /s/ Gregory G. Hollows
14             _____
            UNITED STATES MAGISTRATE JUDGE

15 GGH:gh:035
muss1443.ord