UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOSEPH T. MUSSELWHITE,

            Petitioner,

    v.

ROBERT WONG, Acting Warden,
San Quentin State Prison,

            Respondent.

_____/

NO. CIV. S-01-1443 LKK/GGH P

O R D E R

    Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On May 15, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. The

respondent filed timely objections, to which the petitioner has responded.

The court has reviewed the file, including the objections to the findings and recommendations, and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

(1) The finding and recommendations filed on May 15, 2008 are adopted in full; and

(2) Respondent's summary judgment motion filed April 10, 2008 is DENIED insofar as it asserts a procedural bar for petitioner's claims.

IT IS SO ORDERED.

DATED: September 30, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2